UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STACEY DENISE VILLANUEVA,<br><br>             Plaintiff,<br><br>   -against-<br><br>FRANK BISIGNANO, *Commissioner of Social Security*<br><br>             Defendant. | 25-CV-9113 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 22, 2026, this matter was referred to the undersigned for all proceedings on consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. (ECF 6.) The Government was notified of the commencement of this action on November 4, 2025. Accordingly, the Government's deadline to file the Electronic Certified Administrative Record was January 5, 2026. I am extending the Government's deadline to file the Electronic Certified Administrative Record nunc pro tunc until **January 30, 2026.**

DATED:  January 23, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge